# MEMORANDA OF CASES

## NOT REPORTED IN FULL.

### FREDERICK M. PEASLEY *vs.* THE CONNECTICUT COMPANY.

#### Third Judicial District.

Submitted on briefs April 10th—decided May 8th, 1913.

ACTION to recover damages for negligently running a trolley-car into and injuring the plaintiff's mule, brought to the Court of Common Pleas in New Haven County and tried to the jury before *Simpson, J.;* at the conclusion of the plaintiff's evidence the defendant rested its case and, by direction of the court, the jury returned a verdict for the defendant, from which the plaintiff appealed. *No error.*

*Arthur F. Ells,* for the appellant (plaintiff).

*Joseph F. Berry,* for the appellee (defendant).

PER CURIAM. The plaintiff failed to establish prima facie the case which he had set up in his complaint, or any cause of action based upon the defendant's negligence.

There is no error.

---

### PETER F. MARRON *vs.* THE CONNECTICUT COMPANY.

#### Third Judicial District.

Argued January 29th—decided June 13th, 1913.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negli-

(700)

gence, brought to the Superior Court in Fairfield County and tried to the jury before *Case, J.;* verdict and judgment for the plaintiff for $4,000, and appeal by the defendant. *No error.*

*Joseph F. Berry,* for the appellant (defendant).

*John J. Walsh,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in Fairfield County.

---

CHRISTIAN C. RASSMAN, ADMINISTRATOR, *vs.* THE SHORE LINE ELECTRIC RAILWAY COMPANY.

Third Judicial District.

Argued April 10th—decided June 13th, 1913.

ACTION to recover damages for personal injuries resulting in the death of the plaintiff's intestate and alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County and tried to the jury before *Reed, J.;* the jury returned a verdict for the plaintiff for $3,000 which the trial court set aside as against the evidence, upon motion of the defendant, from which action the plaintiff appealed. *No error.*

*Robert C. Stoddard,* for the appellant (plaintiff).

*Michael Kenealy* and *Thomas M. Steele,* for the appellee (defendant).

PER CURIAM. The evidence failed to establish the neglect by the defendant of any duty owed by it to the